▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮ In the Matter of ANGELA M.E., Appellant, v KENDRA G., Respondent. (Appeal No. 1.) [816 NYS2d 398]—Appeal from an order of the Family Court, Erie County (Patricia A. Maxwell, J.), entered September 22, 2004 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition with prejudice and adjudged that petitioner needs permission of the court to refile.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Gorski, Martoche, Smith and Hayes, JJ.

▮▮ In the Matter of ANGELA M.E., Appellant, v CARLOS D., Respondent. (Appeal No. 2.) [816 NYS2d 398]—Appeal from an order of the Family Court, Erie County (Patricia A. Maxwell, J.), entered September 22, 2004 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition with prejudice and adjudged that petitioner needs permission of the court to refile.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Gorski, Martoche, Smith and Hayes, JJ.

▮▮ In the Matter of ANGELA M.E., Appellant, v BRUNETTA P.D., Respondent. (Appeal No. 3.) [816 NYS2d 398]—Appeal from an order of the Family Court, Erie County (Patricia A. Maxwell, J.), entered September 22, 2004 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition with prejudice and adjudged that petitioner needs permission of the court to refile.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Gorski, Martoche, Smith and Hayes, JJ.

▮▮ In the Matter of the Adoption of BABY BOY S. MICHAEL F. et al., Appellants; TINA S., Respondent. [816 NYS2d 398]—Appeal from an order of the Surrogate's Court, Monroe County (Edmund A. Calvaruso, S.), entered March 21, 2005. The order, inter alia, awarded custody of the child to respondent.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Gorski, Martoche, Smith and Hayes, JJ.

▮▮ In the Matter of CHRISTOPHER SHAPARD, Appellant, v ANTHONY ZON, as Superintendent of Wende Correctional Facility, et al., Respondents. [815 NYS2d 852]—